**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Alberto SAAVEDRA–RIOS,
Defendant–Appellant.**

**No. 04–10409.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Celeste Corlette, Assistant United States Attorney, Tucson, AZ, for Plaintiff–Appellee.

S. Jonathan Young, Esq., Law Offices of Williamson and Young, P.C., Ramiro

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Flores, Torralba & Associates PC, Tucson, AZ, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

## MEMORANDUM **

Jose Alberto Saavedra–Rios appeals his guilty-plea conviction and 121–month sentence for possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Saavedra–Rios has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Saavedra–Rios has not filed a pro se supplemental brief. The government has not filed a responding brief.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.